IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2746 |
| | : | |
| GREGORY FUNDING LLC, et al. | : | |
| | : | |
| GARY NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-4429 |
| | : | |
| NEWREZ, LLC | : | |

**<u>ORDER</u>**

AND NOW, this 3rd day of March, 2025, it having been reported the issues between the parties in the above actions have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED the above actions are DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.